**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Civil No. 07-cv-3977 (RHK/AJB) |
| v. | |
| THE WORK CONNECTION | |
| Defendant. | |
| **and** | **RELATED** |
| ALICIA MORENO, individually, and a class of similarly situated persons, | |
| Plaintiffs, | Civil No. 07-cv-3985 (RHK/AJB) |
| v. | |
| THE WORK CONNECTION., | |
| Defendant. | |

---

**ORDER RESCHEDULING HEARING DATE**

---

On October 17, 2007, the Court signed the parties' consent decree in the above captioned lawsuits. The consent decree states that "[t]he Court will conduct a hearing on the fairness of this Decree on March 20, 2008, at 8:00 a.m." Notice of the settlement, which indicates the fairness hearing date, has not yet been mailed to the settlement class members. The parties have requested that the hearing date be rescheduled to March 28, 2008, at 8:00 a.m.

2

It is therefore **ORDERED**:

That the Court's hearing on the fairness of this Decree is rescheduled to March 28, 2008, at 8:00 a.m.


Dated:  November 26, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge